EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 01 2004

at___o'clock and __min.___M
WALTER A.Y.H. CHINN, CLERK

LODGED

SEP 01 2004

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 01-00314-05 SOM |
| Plaintiff, | ORDER TO DISMISS SECOND SUPERSEDING INDICTMENT AND TO WITHDRAW OUTSTANDING WARRANT OF ARREST |
| vs. | |
| MINH LNU,    (05) | |
| Defendant. | |

ORDER TO DISMISS SECOND SUPERSEDING INDICTMENT
AND TO WITHDRAW OUTSTANDING WARRANT OF ARREST

Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court, the United States of America,

through Assistant U.S. Attorney Loretta Sheehan, moves this Court

to dismiss the Second Superseding Indictment filed against Minh

LNU and to withdraw the Warrant of Arrest issued on August 8,

2001 on the ground that the Defendant has been a fugitive since 2001 and is unlikely to be apprehended.

DATED:  August 31, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By _Loretta Sheehan_____
LORETTA SHEEHAN
Assistant U.S. Attorney


Leave of Court is granted for the filing of the foregoing dismissal and withdrawal.


SUSAN OKI MOLLWAY
U.S. District Court Judge


USA v. MINH LNU
Cr. No. 01-00314-05 SOM
"Order to Dismiss Second Superseding Indictment and to Withdraw Outstanding Warrant of Arrest"